Case No. 2617-CC00473 - VANEE JACKSON V. KEVIN FOGLER - Case Header

| | |
|---|---|
| **Judge/Commissioner Assigned** | JOHNSON, DWAYNE ALLEN |
| **Date Filed** | 03/31/2026 |
| **Location** | St Charles Circuit Div |
| **Case Type** | CC Pers Injury-Vehicular |
| **Disposition** | Not Disposed |
| **Financial Information** | |

Case 4:26-cv-00547-C Doc. 1-1 Filed 05/04/26 Page 2 of 15 PageID #: 12

| Respond to Selected Documents

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**05/05/2026**

**Affidavit Special Process Serv**
Proof of Service; Affidavit of Service.
    **Filed By:** ANDREW WILLIAM RILEY
    **On Behalf Of:** VANEE JACKSON

**05/04/2026**

**Family Member/Roommate Served**
Document ID - 26-SMOS-66; Served To - KEVIN J FOGLER; Served Date - 04/16/2026; Served Time - 13:01:00; Service Type - SP; Reason Description - SERV; Service Text -

**04/02/2026**

**Summons Issued-Circuit**
Document ID: 26-SMOS-66, for FOGLER, KEVIN J SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. MLM

**03/31/2026**

**Summ Req-Circ Pers Serv O/S**
Request for Summons.
    **Filed By:** ANDREW WILLIAM RILEY
    **On Behalf Of:** VANEE JACKSON
**Filing Info Sheet eFiling**

    **Filed By:** ANDREW WILLIAM RILEY
**Note to Clerk eFiling**

    **Filed By:** ANDREW WILLIAM RILEY
**Pet Filed in Circuit Ct**
Petition.
    **Filed By:** ANDREW WILLIAM RILEY
    **On Behalf Of:** VANEE JACKSON

**2611-CC00473**

Electronically Filed - St Charles Circuit Div - March 31, 2026 - 09:29 AM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**11th JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

VANEE JACKSON,

      Plaintiff,

v.

KEVIN FOGLER,
Serve at:
413 Webster St.
Fort Walton Beach, FL 32547

      Defendant.

Cause No.:

Div. No.:

JURY TRIAL DEMANDED

**<u>PETITION</u>**

COMES NOW Plaintiff, Vanee Jackson, by and through her attorneys, Andrew W. Riley, Brent E. Labovitz, and Labovitz Law Firm, and for her claims against Defendant Kevin Fogler, states as follows:

1.    At all times pertinent herein, Convention Center Blvd. and Fairgrounds Blvd., at or near their intersection with the westbound Interstate 70 off ramp, were open and public roadways located in the County of St. Charles, State of Missouri.

2.    On or about November 18, 2025, Plaintiff Vanee Jackson was taking the westbound Interstate 70 off ramp, at or near its intersection with Convention Center Blvd. and Fairgrounds Blvd., and proceeded through the green electric signal to go across Convention Center Blvd. and Fairgrounds Blvd.

3.    At or about the same time, Defendant was driving southbound on Fairgrounds Blvd. and was passing its intersection with the westbound Interstate 70 off ramp where Fairgrounds Blvd. turns into Convention Center Blvd., when he negligently ran a red electric signal, resulting in Plaintiff's vehicle violently colliding with his.

1

Electronically Filed - St Charles Circuit Div - March 31, 2026 - 09:29 AM

4.    Defendant Fogler was negligent and failed to exercise the highest degree of care in one of more of the following respects:

  a.  Defendant Fogler failed to obey a red electric signal;

  b.  Defendant Fogler knew or by the use of the highest degree of care could have known that there was a reasonable likelihood of collision in the time thereafter to have stopped, or swerved, or slackened speed, or sounded a warning, or slackened speed and swerved, or slackened speed and sounded a warning, or swerved and sounded a warning but Defendant failed to do so;

  c.  Defendant Fogler failed to keep a careful lookout; and

  d.  Defendant Fogler failed to yield.

5.    Such negligence of Defendant Fogler in one or more of the respects submitted above, directly caused or directly contributed to cause Plaintiff Vanee Jackson to sustain injuries to her head, neck, back, right upper extremity, and left lower extremity; medical and other healthcare related expenses have been incurred and in connection with said injuries Plaintiff will in the future incur additional monies for further medical care and services; all aforesaid injuries are permanent and progressive and greatly interfere with Plaintiff's ability to enjoy life and she has and will continue to suffer pain and discomfort.

WHEREFORE, Plaintiff Vanee Jackson prays judgment against Defendant in such amount of money damages that are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, prejudgment interest in accordance with law, costs expended herein and for such other relief as may be appropriate under the circumstances.

Electronically Filed - St Charles Circuit Div - March 31, 2026 - 09:29 AM

Respectfully Submitted,

LABOVITZ LAW FIRM

*/s/ Andrew W. Riley*

Andrew W. Riley, #75733
Brent E. Labovitz, #61468
1034 S. Brentwood Blvd., Ste. PH-2B
St. Louis, Missouri 63117
Telephone:      (314) 726-1300
Facsimile:      (314) 627-4522
andrew@bellawfirm.com
brent@bellawfirm.com
*Attorneys for Plaintiff*

4-7-20 3:20
4-8-26 4:25
4-13-26 12:30
4-16-26   1:00



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DWAYNE ALLEN JOHNSON | Case Number: 2611-CC00473 | |
|---|---|---|
| Plaintiff/Petitioner:<br>VANEE JACKSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW WILLIAM RILEY<br>1034 S BRENTWOOD BLVD<br>SUITE PH2B<br>ST. LOUIS, MO 63117 | |
| Defendant/Respondent:<br>KEVIN J FOGLER | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

The State of Missouri to: **KEVIN J FOGLER**
                              Alias:

**413 WEBSTER ST.**
**FORT WALTON BEACH, FL**
**32547**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**COURT SEAL OF**



**ST. CHARLES COUNTY**

| 02-APR-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

**Further Information:**

Case Number: 2611-CC00473

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _____ of _____ County, _____ (state).

3. I have served the above Summons by: (check one)

   ☐ delivering a copy of the summons and petition to the defendant/respondent.

   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

   ☐ (for service on a corporation) delivering a copy of the summons and petition to:

   _____ (name) _____(title).

   ☐ other: _____.

Served at _____ (address)
in _____ (County), _____ (state), on _____(date)
at _____ (time).

---

Printed Name of Officer or Server          Signature of Officer or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month), _____ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

*(Seal)*

☐ authorized to administer oaths. (use for court-appointed server)

---

Signature and Title

**Service Fees**
Summons    $_____
Non Est    $_____
Mileage    $_____ (_____ miles @ $._____ per mile)
**Total**    $_____

See the following page for directions to officer making return on service of summons.

Case Number: 2611-CC00473

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DWAYNE ALLEN JOHNSON | Case Number: 2611-CC00473 | |
|---|---|---|
| Plaintiff/Petitioner:<br>VANEE JACKSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW WILLIAM RILEY<br>1034 S BRENTWOOD BLVD<br>SUITE PH2B<br>ST. LOUIS, MO 63117 | |
| Defendant/Respondent:<br>KEVIN J FOGLER | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

The State of Missouri to: **KEVIN J FOGLER**
                   Alias:

**413 WEBSTER ST.**
**FORT WALTON BEACH, FL**
**32547**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**COURT SEAL OF**



**ST. CHARLES COUNTY**

| 02-APR-2026 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

**Further Information:**

Case Number: 2611-CC00473

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _____ of _____ County, _____ (state).

3. I have served the above Summons by: (check one)

   ☐ delivering a copy of the summons and petition to the defendant/respondent.

   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

   ☐ (for service on a corporation) delivering a copy of the summons and petition to:

   _____ (name) _____(title).

   ☐ other: _____.

Served at _____ (address)

in _____ (County), _____ (state), on _____(date)

at _____ (time).

_____        _____
Printed Name of Officer or Server              Signature of Officer or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month), _____ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

*(Seal)*

☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**Service Fees**

Summons     $_____
Non Est     $_____
Mileage     $_____ (_____ miles @ $._____ per mile)
Total       $_____

See the following page for directions to officer making return on service of summons.

SJRC (12-24) SM60 (SMOS) *For Court Use Only:* Document ID # 26-SMOS-66   2 of 3 2611-CC00473)    SCR 54.06, 54.07, 54.14, and 54.20; 506.500, 506.510 RSMo

Case Number: 2611-CC00473

### Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

**2611-CC00473**

Electronically Filed - St Charles Circuit Div - March 31, 2026 - 09:29 AM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**11th JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

VANEE JACKSON,

    Plaintiff,

v.

KEVIN FOGLER,
Serve at:
413 Webster St.
Fort Walton Beach, FL 32547

    Defendant.

Cause No.:

Div. No.:

**JURY TRIAL DEMANDED**

**PETITION**

COMES NOW Plaintiff, Vanee Jackson, by and through her attorneys, Andrew W. Riley, Brent E. Labovitz, and Labovitz Law Firm, and for her claims against Defendant Kevin Fogler, states as follows:

1. At all times pertinent herein, Convention Center Blvd. and Fairgrounds Blvd., at or near their intersection with the westbound Interstate 70 off ramp, were open and public roadways located in the County of St. Charles, State of Missouri.

2. On or about November 18, 2025, Plaintiff Vanee Jackson was taking the westbound Interstate 70 off ramp, at or near its intersection with Convention Center Blvd. and Fairgrounds Blvd., and proceeded through the green electric signal to go across Convention Center Blvd. and Fairgrounds Blvd.

3. At or about the same time, Defendant was driving southbound on Fairgrounds Blvd. and was passing its intersection with the westbound Interstate 70 off ramp where Fairgrounds Blvd. turns into Convention Center Blvd., when he negligently ran a red electric signal, resulting in Plaintiff's vehicle violently colliding with his.

1

Electronically Filed - St Charles Circuit Div - March 31, 2026 - 09:29 AM

4. Defendant Fogler was negligent and failed to exercise the highest degree of care in one of more of the following respects:

    a. Defendant Fogler failed to obey a red electric signal;

    b. Defendant Fogler knew or by the use of the highest degree of care could have known that there was a reasonable likelihood of collision in the time thereafter to have stopped, or swerved, or slackened speed, or sounded a warning, or slackened speed and swerved, or slackened speed and sounded a warning, or swerved and sounded a warning but Defendant failed to do so;

    c. Defendant Fogler failed to keep a careful lookout; and

    d. Defendant Fogler failed to yield.

5. Such negligence of Defendant Fogler in one or more of the respects submitted above, directly caused or directly contributed to cause Plaintiff Vanee Jackson to sustain injuries to her head, neck, back, right upper extremity, and left lower extremity; medical and other healthcare related expenses have been incurred and in connection with said injuries Plaintiff will in the future incur additional monies for further medical care and services; all aforesaid injuries are permanent and progressive and greatly interfere with Plaintiff's ability to enjoy life and she has and will continue to suffer pain and discomfort.

WHEREFORE, Plaintiff Vanee Jackson prays judgment against Defendant in such amount of money damages that are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, prejudgment interest in accordance with law, costs expended herein and for such other relief as may be appropriate under the circumstances.

Electronically Filed - St Charles Circuit Div - March 31, 2026 - 09:29 AM

Respectfully Submitted,

LABOVITZ LAW FIRM

/s/ *Andrew W. Riley*

Andrew W. Riley, #75733
Brent E. Labovitz, #61468
1034 S. Brentwood Blvd., Ste. PH-2B
St. Louis, Missouri 63117
Telephone:    (314) 726-1300
Facsimile:    (314) 627-4522
andrew@bellawfirm.com
brent@bellawfirm.com
*Attorneys for Plaintiff*

Electronically Filed - ST CHARLES CIRCUIT DIV - May 05, 2026 - 09:09 AM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**11th JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

VANEE JACKSON,

    Plaintiff,

v.

KEVIN FOGLER,

    Defendant.

Cause No.:  2611-CC00473

Div. No.:

JURY TRIAL DEMANDED

PROOF OF SERVICE

COMES NOW Plaintiff and files herewith the Affidavit of Service of Summons on Kevin Fogler.

Respectfully Submitted,

LABOVITZ LAW FIRM

*/s/ Andrew W. Riley*
Andrew W. Riley, #75733
Brent E. Labovitz, #61468
1034 S. Brentwood Blvd., Ste. PH-2B
St. Louis, Missouri 63117
Telephone:    (314) 726-1300
Facsimile:    (314) 627-4522
andrew@bellawfirm.com
brent@bellawfirm.com
*Attorneys for Plaintiff*

1